# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0948

VERSUS

DENNIS L. MAGEE                                       **OCTOBER 21, 2019**

---

In Re:   Dennis L. Magee, applying for rehearing, 22nd Judicial
         District Court, Parish of Washington, No. 01-CR1-
         82853.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

    **APPLICATION FOR REHEARING DENIED.** An application for
rehearing will not be considered where this court denied the
original writ application. See Uniform Rules-Louisiana Courts
of Appeal, Rules 2-18.7 & 4-9.

**VGW**
**WJC**


    **Guidry, J.,** dissents and would grant the application for
rehearing.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT